# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    *Plaintiff*,<br><br> v.<br><br>AUROBINDO PHARMA LTD., et al.,<br><br>    *Defendants*. | C.A. No. 20-1426 (MN)<br>(Consolidated) |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    *Plaintiff*,<br><br> v.<br><br>SUN PHARMACEUTICAL INDUSTRIES LTD., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMA GLOBAL FZE,<br><br>    *Defendants.* | C.A. No. 21-1656 (MN) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties have engaged in good faith discussions regarding, among other things, the potential narrowing of the asserted claims and defenses, the scope of discovery, and the pre-trial schedule in this matter, and reached an agreement on various issues;

WHEREAS, the parties have reached an agreement to narrow the number asserted claims, in which Plaintiff will reduce the number of asserted patents and claims, and Defendants will stipulate to the infringement of the remaining asserted patents and claims;

WHEREAS, the parties will promptly provide the Court with stipulations in each individual case identifying the remaining patents and claims asserted and the stipulation to infringement;

1

WHEREAS, in reliance on the parties' agreement to regarding claim narrowing and infringement, the parties have reached an agreement to narrow discovery, in which the parties will narrow the scope of their respective corporate deposition notices pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff will reduce, or eliminate altogether, the number of individual depositions noticed pursuant to Fed. R. Civ. P. 30(b)(1), and Defendants will depose only the following individuals pursuant to Fed. R. Civ. P. 30(b)(1): Dr. Wang Shen or Dr. Ken Barr, and Drs. Tom Gadek, Mary Newman, Bill Hunke, and Christopher Adams;

WHEREAS, in reliance on the parties' agreements to narrow discovery, the parties have further agreed that no party shall call at trial any fact witnesses who they have not made available for a deposition; and

WHEREAS, in reliance on the parties' agreements regarding the narrowing of the case and the narrowing of discovery described above, the parties have reached an agreement on the remaining pre-trial deadlines, which is attached as Exhibit A.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Novartis Pharmaceuticals Corporation and Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc., Micro Labs USA Inc., Micro Labs Limited, Sun Pharmaceutical Industries LTD., Sun Pharmaceutical Industries, Inc., and Sun Pharma Global FZE, subject to the approval of the Court, that (i) the parties shall promptly provide stipulations and proposed orders in each individual case identifying the remaining patents and claims asserted and the respective Defendants' stipulation to infringement of those patents and claims, and (ii) the Scheduling Order shall be amended for the events listed in Exhibit A to the dates listed therein.

- 3 -

Dated: July 26, 2022

| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Kenneth L. Dorsney |
| Daniel M. Silver (#4758) | Kenneth L. Dorsney (#3726) |
| Alexandra M. Joyce (#6423) | Cortlan S. Hitch (#6720) |
| Renaissance Centre | 500 Delaware Ave., Ste. 1500 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801-1494 |
| Wilmington, DE 19801 | (302) 888-6800 |
| T: (302) 984-6300 | kdorsney@morrisjames.com |
| dsilver@mccarter.com | chitch@morrisjames.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendants Aurobindo* |
| *Attorneys for Plaintiff Novartis* | *Pharma Ltd. and Aurobindo Pharma* |
| *Pharmaceuticals Corporation* | *USA, Inc.* |

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | KRATZ & BARRY LLP |
|---|---|
| /s/ John C. Phillips, Jr. | /s/ R. Touhey Myer |
| John C. Phillips, Jr. (#110) | R Touhey Myer (#5939) |
| Megan C. Haney (#5016) | 800 N. West Street |
| 1200 North Broom Street | Wilmington, DE 19801 |
| Wilmington, DE 19806 | (302) 527-9378 |
| (302) 655-4200 | tmyer@kratzandbarry.com |
| jcp@pmhdelaw.com | |
| mch@pmhdelaw.com | *Attorneys for Defendants Sun* |
| | *Pharmaceutical Industries LTD., Sun* |
| *Attorneys for Defendants Micro Labs USA Inc.* | *Pharmaceutical Industries, Inc., and Sun* |
| *and Micro Labs Limited* | *Pharma Global FZE* |

**SO ORDERED** this ___ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

ME1 41666938v.1