**EXHIBIT A**

| EVENT | CURRENT DATE | AMENDED DATE |
|---|---|---|
| **Close of Fact Discovery** | 7/15/2022 | 9/14/2022 |
| **Plaintiff Final Infringement Contentions[1] / Defendants Final Invalidity Contentions** | 7/23/2022 | 9/19/2022 |
| **Plaintiff Final Validity Contentions / Defendants Final Non-Infringement Contentions[1]** | 8/19/2022 | 10/17/2022 |
| **Plaintiff/Sun Letter re Claim Construction** | 8/26/2022 | 10/18/2022 |
| **Opening Expert Reports** | 9/9/2022 | 10/24/2022 |
| **Rebuttal Expert Reports** | 11/8/2022 | 12/22/2022 |
| **Reply Reports** | 12/9/2022 | 1/20/2023 |
| **Close of Expert Discovery** | 3/10/2023 | 3/24/2023 |
| **Opening Daubert Briefs** | 3/24/2023 | 4/6/2023 |
| **Answering Daubert Briefs** | 4/24/2023 | 5/5/2023 |
| **Plaintiff to Provide Draft Pre-Trial Order** | 4/28/2023 | No Change |
| **Reply Daubert Briefs** | 5/8/2023 | 5/19/2023 |
| **Defendants to Provide Responsive Draft Pre-Trial Order** | 5/15/2023 | No Change |
| **Pre-Trial Order and Motions in Limine** | 5/29/2023 | No Change |
| **Pre-Trial Conference** | 6/5/2023 | No Change |
| **Start of Trial** | 6/12/2023 | No Change |

---

[1] In light of the parties' agreements, in which, among other things, Plaintiff will reduce the number of asserted patents and claims, and Defendants will stipulate to infringement of the remaining claims, the parties will no longer need to complete Final Infringement Contentions or Final Non-Infringement Contentions.

ME1 41667019v.1